IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:06cr165TSL-JCS

KIMBERLY N. RANDOLPH

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby requests the dismissal of the Criminal Indictment against the defendant, KIMBERLY N. RANDOLPH, without prejudice.

DUNN LAMPTON
United States Attorney

Date:  July 1, 2008  

By:  s/ *Gerald M. Abdalla, Jr.*
GERALD M. ABDALLA, JR.
Assistant U.S. Attorney
MS Bar No. 101213

Leave of Court is granted for the filing of the foregoing dismissal of the Criminal Indictment.

ORDERED this 7th day of July, 2008.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE